


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ROBERT OVUORYE EMOJEVWE** | **CIVIL ACTION NO. 09-1672** |
| VS. | **JUDGE MINALDI** |
| HOLDER, ET AL. | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections [docs. 34 and 36] to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus filed by Robert Ovuorye Emojevwe be **DENIED** as premature and that his Petition **DISMISSED** without prejudice.

Lake Charles, Louisiana, on this 27 day of January, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE